UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BAKER,

        Plaintiff,

v.

ANITA NORONHA, ET AL.,

        Defendants.
                                                /

Case No. 12-10642

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE LAURIE J. MICHELSON

## ORDER ADOPTING REPORT AND RECOMMENDATION [44], GRANTING DEFENDANTS' MOTION TO DISMISS [11], DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [18], DEFENDANT'S MOTION TO DISMISS [40], AND DEFENDANTS' MOTION TO DISMISS [42]

On January 8, 2013, Magistrate Judge Michelson issued a Report and Recommendation [44] that Defendants Lisa Adray and Mary K. Bollheimer's Motion to Dismiss [11] be GRANTED, that Defendant Prisoner Health Services, Inc. and Anita Noronha's Motion for Summary Judgment [18] be GRANTED, that Defendant Foster Morris' Motion to Dismiss [40] be GRANTED, and that Defendant Susan Kirstensen and Deborah McMahon's Motion to Dismiss [42] be GRANTED.

Plaintiff filed objections on February 19, 2013, after the fourteen-day period for objecting to the R&R had passed. The Court has reviewed Plaintiff's objections. The issues raised by Plaintiff in his objections were addressed by the Magistrate Judge. To the extent that Plaintiff relies on documents entitled "Managing Problem Patient Behaviors," the Court does not find that these documents create a genuine issue of material fact as to Plaintiff's claims.

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendants Lisa Adray and Mary K. Bollheimer's Motion to Dismiss [11] is **GRANTED**, that Defendant Prisoner Health Services, Inc. and Anita Noronha's Motion for Summary Judgment [18] is **GRANTED**, that Defendant Foster Morris' Motion to Dismiss [40] is **GRANTED**, and that Defendant Susan Kirstensen and Deborah McMahon's Motion to Dismiss [42] is **GRANTED**.

      **SO ORDERED**.

                                          s/Arthur J. Tarnow
                                          ARTHUR J. TARNOW
                                          SENIOR U.S. DISTRICT JUDGE

Dated: February 21, 2013

---

### CERTIFICATE OF SERVICE

      I hereby certify on February 21, 2013 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 21, 2013: **Joseph Baker.**

                                          s/Michael E. Lang
                                          Deputy Clerk to
                                          District Judge Arthur J. Tarnow
                                          (313) 234-5182