UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BAKER,

    Plaintiff,

v.

ANITA NORONHA, ET AL.,

    Defendants.
_____/

Case No.  12-10642

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE LAURIE J. MICHELSON

## ORDER ADOPTING REPORT AND RECOMMENDATION [54] AND GRANTING DEFENDANT LAURA KINDER AND MICHELLE BRUSSOW'S MOTION TO DISMISS [46]

On February 27, 2013, Magistrate Judge Michelson issued a Report and Recommendation [54] that Defendant Laura Kinder and Michelle Brussow's Motion to Dismiss [46] be GRANTED. Plaintiff did not opposed the motion.  Plaintiff has not filed any objection to the Report and Recommendation.

The Court having reviewed the record,  the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant Laura Kinder and Michelle Brussow's Motion to Dismiss [46] is **GRANTED**.

**SO ORDERED**.

                                  s/Arthur J. Tarnow
                                  ARTHUR J. TARNOW
                                  SENIOR U.S. DISTRICT JUDGE

Dated: April 22, 2013

---

**CERTIFICATE OF SERVICE**

I hereby certify on April 22, 2013 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on April 22, 2013: **Joseph Baker.**

                                  s/Michael E. Lang
                                  Deputy Clerk to
                                  District Judge Arthur J. Tarnow
                                  (313) 234-5182