UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH BAKER, | Case No. 12-10642 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| ANITA NORONHA, et al., | MAGISTRATE JUDGE PAUL J. KOMIVES |
| Defendants. | |

_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS [57, 59] AND DISMISSING CASE

On April 24, 2013, the Magistrate Judge issued a Report and Recommendation (R&R) [57] recommending that the Court should grant Defendant Abel's Motion to Dismiss [53]. On March 14, 2014, the Magistrate Judge issued an R&R [59] recommending that the Court dismiss the remaining unidentified and unserved Defendants.

No objection to the R&Rs [57, 59] was filed. The Court has reviewed the record in this case.

The R&Rs [57, 59] of the Magistrate Judge are hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant Abel's Motion to Dismiss [53] is **GRANTED**.

**IT IS FURTHER ORDERED** that the remaining unidentified and unserved Defendants are **DISMISSED**.

**THIS CASE IS CLOSED.**

**SO ORDERED**.

                                              s/ Arthur J. Tarnow
                                              Arthur J. Tarnow
Dated: 1/15/15                        Senior United States District Judge